**KIRK v. STATE OF N.C. DEPT. OF CORRECTION**

[344 N.C. 624 (1996)]

GOLDIE KIRK, Mother and Next of Kin to ALAN PATRICK KIRK (DECEASED), Employee v. STATE OF NORTH CAROLINA DEPARTMENT OF CORRECTION, Employer, SELF-INSURED, Carrier

No. 551PA95

(Filed 11 October 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 121 N.C. App. 129, 465 S.E.2d 301 (1995), which affirmed an Opinion and Award of the North Carolina Industrial Commission filed 19 July 1994. This Court allowed plaintiff's petition for discretionary review on 3 April 1996. Heard in the Supreme Court 13 September 1996.

*Lore & McClearen, by R. James Lore, for plaintiff-appellant.*

*Michael F. Easley, Attorney General, by M.A. Kelly Chambers, Associate Attorney General, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.